THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0187-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEINLY DIAZ-DIAZ *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Geinly Diaz-Diaz's unopposed motion to extend the deadline for pretrial motions (Dkt. No. 47). The pretrial motions deadline is currently set for February 7, 2020. Finding good cause, the Court GRANTS Defendant's motion and ORDERS that the parties shall file pretrial motions no later than February 21, 2020.

DATED this 7th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk